# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**CATHERINE McFALL,**

    Plaintiff,

    v.

**FERROL SCRUGGS d/b/a THE SCRUGGS COMPANY and STEVE MURRAY,**

    Defendants.

Civil Action No. 7:11-CV-53 (HL)

## ORDER

Pursuant to the telephone conference call held on March 8, 2012, the Court orders the parties to comply with the following directives:

1. Plaintiff's counsel is ordered to submit discovery responses to Defendant no later than Tuesday, March 13, 2012.

2. Plaintiff's counsel must ensure that Plaintiff Catherine McFall is made available to Defendant for deposition before Friday, March 23, 2012.

3. Defendant's counsel must ensure that Steve Murray and Ferrol Scruggs are available for deposition before Friday, March 23, 2012.

4. Defendant should submit to the Court an itemized list of expenses that have been incurred in this case as a result of Plaintiff's failure to timely respond to discovery.

Additionally, all deadlines in this case have been extended by fifteen days. Therefore, discovery will expire on **Tuesday, March 27, 2012.** All motions to join other parties, to dismiss a party, or to otherwise amend the pleadings shall be filed on or before **Thursday, April 26, 2012.** All dispositive motions are due no later than **Friday, May 11, 2012.**

As expressed by the Court during the conference call, there will be no further extensions in this case. If any problems arise with completing discovery or submitting motions within the above-listed deadlines, the parties should inform the Court at once so that the Court can attempt to resolve any problems.

**SO ORDERED,** this 12th day of March, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr